UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

In re:                                  ) Bankr. No. 08-50154
                                        ) Chapter 7
JOSEPH nmn FIGUEORA                     )
SSN/ITIN xxx-xx-7795                    )
                                        ) ORDER APPROVING EMPLOYMENT
and                                     ) OF ATTORNEY FORREST C. ALLRED
                                        )
SAMMIE ALVA FIGUEORA                    )
SSN/ITIN xxx-xx-3732                    )
                                        )
         Debtors.                       )

Upon consideration of Trustee Forrest C. Allred's Application to Employ Attorney (doc. 17) and the record before the Court; and it appearing no objection to the application was timely filed; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Trustee Allred's application is granted, and he is authorized pursuant to 11 U.S.C. § 327(a) to employ Attorney Forrest C. Allred as counsel for the bankruptcy estate under the terms and conditions set forth in the application.

So ordered: July 9, 2009.

BY THE COURT:

*[signature]*

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota