UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. Case No. 08-50154 |
| | ) | |
| JOSEPH NMN FIGUEORA | ) | Chapter 7 |
| SSN XXX-XX-7795 | ) | |
| | ) | |
| SAMMIE ALVA FIGUEORA | ) | CERTIFICATE OF SERVICE |
| SSN XXX-XX-3732 | ) | |
| | ) | |
| Debtors. | ) | |

    I certify that on February 22, 2011, true and correct copies of the Motion to Sell Free and Clear of Liens (doc. 69) and the court's Order reducing notice (doc. 71) were mailed by first-class mail to parties in interest by mailing the same to those whose names appear on the attached service list, except for those served electronically by the court, and on the parties shown below, all by mail, in the manner provided by law.

  Rémy Maechling
  38, Rue des Romains
  67670 Mommenheim
  FRANCE

  Joseph Figueora
  983 West Bloomington Drive South
  St. George, Utah 84790

  Sammie Alva Figueora
  983 West Bloomington Drive South
  St. George, Utah 84790

    DATED this 22nd day of February, 2011.

    /s/ Forrest C. Allred
    Forrest C. Allred
    Chapter 7 Trustee
    14 SE 2nd Avenue, Suite 200
    Aberdeen, SD 57401
    Telephone: (605) 225-3933
    Fax: (888) 225-4943
    E-mail: forrest.allred@gmail.com

```
Label Matrix for local noticing        Recovery Management Systems Corporation    Bankruptcy Clerk's Office
0869-5                                  Attn: Ramesh Singh                         225 S. Pierre St., Room 203
Case 08-50154                           25 S.E. 2nd Avenue, Suite 1120             Pierre, SD 57501-2463
District of South Dakota                Miami, FL 33131-1605
Western (Rapid City)
Tue Feb 22 14:42:16 CST 2011

Bank of America                         Bank of America                            Bank of America
P. O. Box 17309                         PO Box 15027                               PO Box 37271
Baltimore, MD  21297-1309               Wilmington, DE 19850-5027                  Baltimore, MD 21297-3271


Card Services                           Craig Steinley                             Credit Card Center
PO Box 15049                            Steinley Real Estate Appraisals & Consul   PO Box 688940
Wilmington, DE 19850-5049               PO Box 7722                                Des Moines, IA 50368-8940
                                        Rapid City, SD 57709-7722


Fran Fremont                            GE Money Bank                              Shell Card Center
Century 21 Dakota Belle Realty          Attn: Bankruptcy Dept                      PO Box 689151
123 E. Jackson Bourevard #3             PO Box 10314                               Des Moines, IA 50368-9151
Spearfish, SD 57783-2175                Roswell, GA  30076


(p)CHASE CARD SERVICES                  Wells Fargo Bank                           Wells Fargo Card Services
201 NORTH WALNUT STREET                 PO Box 5708                                PO Box 6412
ATTN MARK PASCALE                       Springfield, OH 45501-5708                 Carol Stream, IL 60197-6412
MAIL STOP DE1-1406
WILMINGTON DE 19801-2920

Wells Fargo Financial Bank              Bruce J. Gering                            Forrest C. Allred
PO Box 98751                            314 South Main Avenue, Suite 303           14 Second Ave SE Ste 200
Las Vegas, NV 89193-8751                Sioux Falls, SD 57104-6462                 Aberdeen, SD 57401-4246


Joseph nmn Figueora                     Sammie Alva Figueora                       Stan H. Anker
802 Custer Street                       802 Custer Street                          Anker Law Group, P.C.
Belle Fourche, SD 57717-1332            Belle Fourche, SD 57717-1332               1301 West Omaha Street, Suite 207
                                                                                   Rapid City, SD 57701-2421
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Washington Mutual Card Services
PO Box 660487
Dallas, TX  75266-0487
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)South Dakota Housing Development Authority

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21