UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 08-50154 |
| | ) | Chapter 7 |
| JOSEPH nmn FIGUEORA | ) | |
| SSN/ITIN xxx-xx-7795 | ) | |
| | ) | |
| and | ) | ORDER AUTHORIZING TRUSTEE |
| | ) | TO SELL CERTAIN REAL PROPERTY |
| SAMMIE ALVA FIGUEORA | ) | FREE AND CLEAR OF LIENS |
| SSN/ITIN xxx-xx-3732 | ) | |
| | ) | |
| Debtors. | ) | |

Upon consideration of Trustee Forrest C. Allred's Motion to Sell Free and Clear of Liens (doc. 69) and the record before the Court; and it appearing no objection to the motion was timely filed after appropriate notice; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Trustee Allred's motion is granted, and he is authorized to sell the bankruptcy estate's interest in the real property described below to Rémy Maechling for $100,000.00, on the terms and conditions set forth in the motion:

Lots 35 and 36, Block 8, Belleview Addition to the City of Belle Fourche, Butte County, South Dakota.

So ordered: March 11, 2011.

BY THE COURT:

*[signature]*

Charles L. Nail, Jr.
Bankruptcy Judge

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

On the above date, a copy of this document was mailed or faxed to the parties shown on the attached service list.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

Remy Maechling
38, Rue des Romains
67670 Mommenheim
FRANCE

Joseph nmn Figueora
802 Custer Street
Belle Fourche, SD 57717

Sammie Alva Figueora
802 Custer Street
Belle Fourche, SD 57717